

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-18-00371-CR

**IN RE** Juan Gabriel **CISNEROS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

On June 4, 2018, relator filed a pro se petition for writ of mandamus complaining of the trial court's refusal to rule on his application for writ of habeas corpus pursuant to Texas Code of Criminal Procedure 11.08. On July 2, 2018, the respondent replied stating the action taken on relator's application. Because relator has received the relief requested in his mandamus petition, we DISMISS the petition as MOOT. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 9, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 88-02-02179-CR, styled *The State of Texas v. Juan Gabriel Cisneros*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Federico Hinojosa presiding.